United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WARREN CHRISTENSEN,

    Plaintiff,

v.

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY

    Defendants.
_____/

No. C 05-01961 CRB

**ORDER RE: REFERRAL PURSUANT TO CIVIL L.R. 3-12(c)**

    The instant case involves plaintiff's challenge to defendant's denial of plaintiff's Social Security disability benefits claim. Civil L.R. 3-12(c) provides that "whenever a Judge believes that a case pending before that Judge is related to another case, the Judge may refer the case to the Judge assigned to the earliest-filed case with a request that the Judge assigned to the earliest-filed case consider whether the cases are related." In accordance with that Rule, the Court refers this case to Judge William Alsup, who has previously considered the merits of plaintiff's social security disability application (00-0752 WHA). Below is a brief procedural history.

    On October 9, 2000, United States District Court Judge William Alsup issued a Memorandum and Order 1) denying the parties' cross-motions for summary judgment, 2) reversing the denial of disability benefits, and 3) remanding to the administrative law judge to complete sequential analysis pursuant to 20 CFR 404.1520.

1   On remand the ALJ again denied benefits and the Appeals Council upheld the ruling
2  of the ALJ.  Plaintiff again filed an action in this Court which was assigned to Magistrate
3  Judge Chen, 02-2730.  Before the Court considered the merits, plaintiff and defendant
4  entered into a Stipulation and Order of Remand directing the ALJ to obtain medical expert
5  testimony as to the nature, severity and limiting effects of plaintiff's impairments on or
6  before December 31, 1985 and, if needed, whether plaintiff had been continuously disabled
7  since that time.  Judgment was entered accordingly.
8   On remand the ALJ again denied benefits, and the Appeals Council upheld the ALJ's
9  decision and refused to assume jurisdiction.
10   Plaintiff filed suit again on May 12, 2005 (05-1961), and the case was assigned to the
11 undersigned judge.

Dated:  December 14, 2005

CHARLES  R.  BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1961\Referral to Judge Alsup.wpd            2