IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WARREN CHRISTENSEN,                         No. C 05-01961 WHA

      Plaintiff,

  v.                                                                **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

      This case was reassigned to the undersigned judge after the parties had submitted their cross-motions for summary judgment. According to the Court's records, the parties have not submitted any opposition briefing following the reassignment. This order therefore requests that the parties either submit their opposition papers, correct the Court's records, or notify the Court that the case has been dismissed by no later then **JULY 31, 2006.**

      **IT IS SO ORDERED.**

Dated: July 17, 2006

                                                             WILLIAM ALSUP
                                                             UNITED STATES DISTRICT JUDGE